**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Sara Elizabeth Hodson, Appellant.

Appellate Case No. 2016-000644

―――――――――

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2017-UP-371
Submitted September 1, 2017 – Filed October 11, 2017

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender John Harrison Strom, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, of Columbia; Matthew C. Buchanan, of the Department of Probation, Pardon and Parole Services, of Columbia; and Assistant Solicitor Laura Suzanne Mayes, of Lexington, all for Respondent.

―――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.